JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AQUAWOOD, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>TOYS 'R' US, INC., a Delaware corporation; DOES 1 - 10,<br><br>Defendants. | Case No.: 2:14-CV-03138 JAK (AGRx)<br>*Honorable John A. Kronstadt*<br><br>**ORDER ON STIPULATION OF DISMISSAL** |

///
///
///
///
///
///
///
///

The Court, having reviewed the foregoing Stipulation, and good cause appearing therefore, hereby orders as follows:

1. The action is dismissed with prejudice including all claims and counterclaims, if any, stated therein against all parties;
2. Each party shall bear its own attorney's fees and costs, except as may be otherwise provided for in the Settlement Agreement;
3. The court shall retain jurisdiction to enforce the Settlement Agreement;
4. Magic Time may be added as a party to this action, and has consented to the jurisdiction of this Court, in any such enforcement actions and proceedings concerning the Settlement Agreement, this Stipulation and any order to issue thereon; and
5. Service of papers to Magic Time in connection with such actions and proceedings may be made by mail or ECF on counsel of record for Defendant herein.

**IT IS SO ORDERED.**

Dated: 7/20/15

Honorable John A. Kronstadt
UNITED STATES DISTRICT JUDGE